THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bobby Ray Hill,
 Jr., Appellant.
 
 
 

Appeal From Fairfield County
 Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2008-UP-453
 Submitted August 1, 2008  Filed August 7,
2008   

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald Zelenka, all
 of Columbia; and Solicitor Douglas A. Barfield, Jr., of Lancaster, for
 Respondent.
 
 
 

PER
 CURIAM:  Bobby Ray Hill, Jr., appeals his guilty but mentally
 ill plea to two counts of murder.  Hill argues he received ineffective
 assistance of counsel on his guilty plea. 
 After a thorough review of the record pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1] 
APPEAL DISMISSED.
KONDUROS, J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.